Opinion issued June 18, 2009














In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00337-CR

____________


WESLEY CULLEN COX, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from County Court at Law No. 3

Montgomery County, Texas

Trial Court Cause No. 07235231






MEMORANDUM OPINION

 On June 8, 2009, appellant, Wesley Cullen Cox, filed a motion to dismiss this
appeal. The motion complies with the Texas Rules of Appellate Procedure. See Tex.
R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, we grant the motion and
dismiss the appeal. 

 We dismiss any pending motions as moot.

 We direct the Clerk of this Court to issue the mandate within 15 days. Tex. R.
App. P. 18.1.

PER CURIAM

Panel consists of Justices Jennings, Hanks, and Bland.

Do not publish. Tex. R. App. P. 47.2(b).